UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHY FINK,[1] Acting Secretary of Health and Human Services et al., *et al.*,<br><br>    Defendants. | Civil Action No. 24-3220 (DLF) |
| BRISTOL MEYERS SQUIBB COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHY FINK, Acting Secretary of Health and Human Services et al.,<br><br>    Defendants. | Civil Action No. 24-3337 (DLF) |
| NOVARTIS PHARMACUTICALS CORP,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHY FINK, Acting Secretary of Health and Human Services et al.,<br><br>    Defendants. | Civil Action No. 25-0117 (DLF) |

---

[1]     Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary Dorothy Fink automatically replaces former Secretary Xavier Becerra as the defendant in these actions.

**NOTICE**

Pursuant to the Court's February 6, 2025 minute orders in the above captioned cases, Defendants the Secretary of Health and Human Services and the Administrator of the Health Resources and Services Administration respectfully submit this notice of their position regarding consolidation.

As suggested by the Court's orders, Defendants believe that the Court should consolidate *Eli Lilly and Co. v. Fink*, Civ. A. No. 24-3220, *Bristol Meyers Squibb Co. v. Engels*, Civ. A. No. 24-3337, *Sanofi-Aventis U.S. Llc v. Dep't of Health and Human Serv.*, Civ. A. No. 24-3496, and *Novartis Pharmaceuticals Corp., v. Fink*, Civ. A. No. 25-0117 for all proceedings including "the briefing on the motion to intervene and any future hearings on the pending motions to intervene and dismiss."

In addition, Defendants note that there are two other similar cases that should also be consolidated to the above-captioned three cases: *Kalderos v. United States*, Civ. A. No. 21-2608, and *Johnson & Johnson v. Fink*, Civ. A. No. 24-3188.[2] These cases involve the same questions of law and fact as those cases identified in the Court's February 6. 2025 orders. Thus, Defendants respectfully submit that both *Kalderos* and *Johnson & Johnson* should be included in any consolidation.

Defendants also propose that the Court order the parties to submit a Joint Status Report one week after the Court issues any order on consolidation to propose a uniformed briefing schedule or any other procedures to govern the litigation of these consolidated actions.

---

[2] Johnson & Johnson is assigned to Judge Contreras.

Dated: February 11, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*